# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:13-00335-03-CR-W-DGK |
| ) | |
| BRIAN K. KLINE, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 116), to which there has been no timely objection, the plea of guilty by the Defendant to Counts Six and Eleven of the Indictment filed on September 26, 2013, is now accepted and the Defendant is adjudged guilty of such offenses. The Court will set a Sentencing time in a subsequent order.

                                                                     /s/ Greg Kays  
                                                                     GREG KAYS, CHIEF JUDGE  
                                                                     UNITED STATES DISTRICT COURT

Dated: September 15, 2014